**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6031**

NICOLE CHANTELL BANKS,

        Plaintiff - Appellant,

      v.

DEPARTMENT OF CORRECTIONS,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:17-cv-00404-MFU-RSB)

Submitted:  March 29, 2018                          Decided:  April 3, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nicole Chantell Banks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Chantell Banks appeals the district court's order denying her motion for leave to amend her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Banks v. Dep't of Corr.*, No. 7:17-cv-00404-MFU-RSB (W.D. Va. Dec. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*